**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Warden Boyd
Easterling Correctional Facility
200 Wallace Drive
Clio, AL 36017

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Shaun Bake_
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
11-07-07

D. Is address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

07cv929
ProCord(?)

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☑ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0005 4873 0454

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540