**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

Troy King
Attorney General for the State of AL
11 S. Union Street
Montgomery, AL 36101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                        ☐ Addressee

B. Received by ( *Printed Name* )    C. Date of Delivery

Givner    11/7/07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

07CV979
fee + Petition

3. Service Type
   ☒ Certified Mail       ☑ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)    ☐ Yes

2. Article Number
   (*Transfer from service label*)

7006 2760 0005 4873 0461

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540