1 of 1

In the District Court of the United States for the Middle District of Alabama Northern Division

Daniel Strickland, #201890  )  Case No. 2:07-CV-979-MEF
   Petitioner,  )
      v.  )
  )
  )

Motion to Show Cause.

1. I the Petitioner Daniel Strickland showing to this Court in Exbit A. that on the Exbit-A day of Dec. 22, 1998, on February 24, 1999 the Court of Criminal appeals dismissed my appeal as being untimely filed. Rule 32.1(f) allows relief when a Petitioner fails to appeal within the Prescribed time. I'm showing to the Court a signed document, from. Circuit Court judge. John B. Bush that my Rule 32 was filed.

2. Exbit B. I'm showing to the Court Exbit B. were Rule 32 was mailed By fedex

3. Exbit C. I show to the Court that my Legal work was support to Be Delivered over night by fedex.

4. Exbit D.
I show the Court that it was not my fault that I did file the Rule 32. it was filed mar 1999.

5. I'm" asking this Court to please look over my paper work good. I do have new Evidence to show the Court. I'm" asking the Court to please have mercy on me, and give me the Chance to prove I'm" not guilty. I do have medical Reports proceing that I'm" not guilty. it Statedid that I untimyes filed some Paper work. I ask the Court to please, take everything in Consideraidition.

x. Daniel Strickland
Petioner

Dainel Strickland E-2 G1-B
#201890  ECF 200 walice
Drive Clio Al, 36017

Wittness

I placed a Copy of the foregoing in the united States mail Box to the att Genral. on. 12-15-07

Daniel Strickland
201890 E2-6] B
200 Wallace Drive
Easterling Cor. Facility
Clio, Al. 36017



United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

IN THE CIRCUIT COURT OF ELMORE COUNTY, ALABAMA

STATE OF ALABAMA,.

V.

GARY DANIEL STRICKLAND.



CASE NO. CC-98-262.60

### ORDER ON RULE 32 PETITION

This case is before the Court on Defendant's Petition for Post Judgment Relief pursuant to Rule 32.1(f) Alabama Rules of Criminal Procedure requesting that this Court grant him an out-of-time appeal. Upon consideration of the Petition and supporting documents the Court is of the opinion that it is due to be GRANTED and that the Defendant is to be allowed an out-of-time appeal.

The Defendant was sentenced in the underlying case on November 20, 1998. After his sentencing the Honorable Tommy Goggans was retained to represent him for a possible appeal. A Motion For Judgment Of Acquittal, Or, In The Alternative For A New Trial was filed in the Circuit Clerk's Office of Elmore County on December 22, 1998. A hearing on the motion was held on February 8, 1999 and an order was entered denying the Motion For Judgment Of Acquittal, Or, In The Alternative For A New Trial on February 12, 1999. The Defendant filed a notice of appeal on February 16, 1999 and on February 24, 1999 the Court of Criminal Appeals dismissed his appeal as being untimely filed. The basis for the dismissal apparently was that the Motion For New Trial was filed more than 30 days from the date of sentencing.

## Payment Type Detail

**Dropped off: Dec 19, 1998**   **Payor: Shipper**   **Reference:**

- Distance Based Pricing, Region 2

| | | | |
|---|---|---|---|
| Airbill | 5490355124 | Sender | Recipient |
| Service Type | FedEx Standard Overnight | TOMMY GOGGANZ | LARRY DOZLER CLERK |
| Package Type | FedEx Letter | GOGGANS, THOMAS, ATTORNEY | CIRCUIT COURT OF ELMORE COUNTY |
| Region | 2 | 529 S PERRY ST STE 14F | 8935 US HWY 231 N |
| Pieces | 1 | MONTGOMERY AL 36104 US | WETUMPKA AL 36092 US |
| Weight | 0 | | |
| Delivered | Dec 22, 1998  14:40 | Transportation Charges | 10.75 |
| Service | | | |
| Area Code | AA | Total Transportation Charges | USD $   10.75 |
| Signed by | S.SUMMERLIN | | |

FedEx Internal Use: 035603704/001/ /

---

**Dropped off: Dec 28, 1998**   **Payor: Shipper**   **Reference: 5814**

- Distance Based Pricing, Region 3

| | | | |
|---|---|---|---|
| Airbill | 5490355216 | Sender | Recipient |
| Service Type | FedEx Standard Overnight | TAMMY GROGANS | KENNETH S NUNNELLEY |
| Package Type | FedEx Letter | GOGGANS, THOMAS, ATTORNEY | OFFICE OF THE ATTORNEY GENERAL |
| Region | 3 | 529 S PERRY ST STE 14F | 444 SEABREEZE BLVD 5TH FL |
| Pieces | 1 | MONTGOMERY AL 36104 US | DAYTONA BEACH FL 32118 US |
| Weight | 0 | | |
| Delivered | Dec 29, 1998  14:04 | Transportation Charges | 11.50 |
| Service | | | |
| Area Code | AM | Total Transportation Charges | USD $   11.50 |
| Signed by | S.PHILLIPS | | |

FedEx Internal Use: 038424409/001/ /

---

**Dropped off: Dec 28, 1998**   **Payor: Shipper**   **Reference: 9814**

- Distance Based Pricing, Region 2

| | | | |
|---|---|---|---|
| Airbill | 5490355220 | Sender | Recipient |
| Service Type | FedEx Priority Overnight | TOMMY GROGANS | THOMAS K KAHN CLERK |
| Package Type | FedEx Pak | GOGGANS, THOMAS, ATTORNEY | US COURT OF APPEALS CLERKS OFF |
| Region | 2 | 529 S PERRY ST STE 14F | 56 FORSYTH ST NW |
| Pieces | 1 | MONTGOMERY AL 36104 US | ATLANTA GA 30303 US |
| Weight | 5.0 lbs | | |
| Delivered | Dec 29, 1998  08:34 | Transportation Charges | 20.5 |
| Service | | | |
| Area Code | A1 | Total Transportation Charges | USD $   20.5 |
| Signed by | J.WYMENS | | |

FedEx Internal Use: 038424409/001/ /

S Z155 698

Rule 32.1(f) allows relief when a Petitioner fails to appeal within the prescribed time and that failure was without fault on the Petitioner's part. If the failure to timely file the notice of appeal was not the defendant's fault, he is entitled to an out-of-time appeal. Cox v. City of Atmore, 677 So.2d. 818 (Ala.Crim.App. 1996), Starts v. State, 662 So.2d. 1214 (Ala. Crim. App. 1994).

This Court finds that the Defendant's failure to file a timely notice of appeal was not his fault. The Defendant's attorney, Honorable Tommy Goggans, delivered his Motion For New Trial to Federal Express on December 19, 1998 for delivery to the Circuit Clerk of Elmore County on December 21, 1998. For some unknown reason, Federal Express failed to deliver the motion until December 22, 1998. The motion was delivered to Federal Express to be delivered overnight. The next business day would have been December 21, 1998. If the motion had been filed as expected it would have been timely filed and therefore his subsequent notice of appeal to the Court of Criminal Appeals of the State of Alabama would have been timely filed.

Accordingly, since the failure to timely file the Motion For New Trial and hence the failure to timely file the notice of appeal was not the Defendant's fault he is entitled to and is GRANTED an out-of-time appeal.

DONE and ORDERED this _17th_ day of March, 1999.

John B. Bush, Circuit Judge

IN THE CIRCUIT COURT OF
ELMORE COUNTY, ALABAMA

STATE OF ALABAMA            )
                            )
V.                          )   CASE NO. CC-98-262
                            )
GARY DANIEL STRICKLAND[1]   )

RULE 32 PETITION
(TO ALLOW OUT OF TIME APPEAL)

A.  Name and location (city and county) of court which entered judgment of conviction and sentence here under attack: Circuit Court of Elmore County, Wetumpka, Alabama.

B.  Date of judgment of conviction: October 5, 1998

C:  Date of sentence: November 20, 1998

D.  Length of sentence: 25 years (counts 1, 2, and 3 concurrent with each other); 10 years (counts 4, 5, and 6 concurrent with each other and consecutive to 1, 2, and 3); 10 years (counts 7, 8, and 9 concurrent with each other and consecutive to counts 1-6).

E.  What as your plea? Not guilty.

F.  Nature of offense involved: Rape I, Sodomy I; Sexual Abuse I

G.  Kind of trial: Jury

H.  Did you testify at trial? Yes.

I.  Did you appeal from the judgment of conviction? Yes.

   a.  As to the state court to which you first appealed, give the following information:

        (1) Name of court: Alabama Court of Criminal Appeals

        (2) Result: Dismissed

        (3) Date of result: February 24, 1999

J.  Other than a direct appeal from the judgment of

---

[1] Petitioner has previously been found indigent.

1