IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2008 FEB 11  P 1: 17

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

DANIEL STRICKLAND,
AIS #201890,

    PETITIONER,

VS.

WARDEN LOUIS BOYD, et al.,

    RESPONDENTS.

)
)
)
)  CIVIL ACTION NO.
)  2:07-CV-979-MEF
)
)
)

**CONFLICT DISCLOSURE STATEMENT**

Come now Troy King and Louis Boyd, by and through Counsel named

below, and make the following disclosure regarding potential conflicts of interest

relating to those designated in this Court's General Order No. 3047:

Troy King and Louis Boyd, parties named to the above-captioned case as

required under 28 U.S.C. § 2242 and Rules 2(a) and (b) of the Rules Governing

Habeas Corpus Cases Under Section 2254 Cases, have been sued in their official

capacities.  Neither the Alabama Attorney General nor the Warden of Easterling

Correctional Facility possess any known affiliations that would create a

"professional or financial conflict for a judge" on this Court.

John M. Porter
Counsel for Troy King and Louis Boyd

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>11th</u> day of February, 2008, I have filed the

foregoing with the Clerk of this Court and the same on Petitioner at:

G. Daniel Strickland
AIS# 201890 - E2-G1-B
Easterling Correctional Facility
200 Wallace Drive
Clio, Alabama 36017


_____
John M. Porter (POR023)
Assistant Attorney General

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: jporter@ago.state.al.us

378611

3