in the District Court of the united States
for the middle District of Alabama
northern Division

Daniel Strickland # 210890
Petitioner,

v.

State of Alabama

Civil Action 2:07 cv 979-MEF
(WO)

RECEIVED
2008 FEB 22 A 11:47
DEBRA P. HACKETT, CL.
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## motion for Extion of time

I need a little time to get my apeal ready due to the fact the Court gave me untill february 26, 2008. here at easterling Correctional facility. monday is a holiday. and the law libary is Closed. also we only get 1 hour a day in the law libary. I ask the Court to please grant me and extra 10 days. thank you

x Daniel Strickland
  Petitioner

x _____
  Witness

I also have placed a copy in the united States mail Box to the following.

february 18. 2008

Ath General
11 south union street
mont, ALA  36130-0152

Daniel Strickland #201890 H2-B
200 Wallace Drive
Easterling Corr. Facility
Clio, Al. 36017

MONTGOMERY AL 361
21 FEB 2008 PM 4 L

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Al. 36101-0711

36101+0711