United States Court of Appeals
Eleventh Circuit

Daniel Strickland
   Petitioner

   - vs -

State of Alabama

Case No. 2:07-CV-979-Me

## notice of appeal

Notice is hereby given that <u>Daniel Strickland</u> Plaintiff, pro-se, appeals to the Eleventh Circuit from the judgement of denial of [previous orders of the court (e.g., Doc. #:17-1  #:18-1) along with the denial of numerously relief and claims filed against pertinent defendants previously dismissed.]

Here to, <u>Plaintiff Daniel Strickland</u> appeal to the United States Court of Appeals for the Eleventh Circuit because said United States District of Alabama, Northern Division granted remaining defendants motions for summary judgement Doc 2:07-cv-979-mef) therefore, Plaintiff Daniel Strickland enters in this action on this the 28 Day of march, 2008.

Respectfully submitted,
x Daniel Strickland

Page 1 of 2        march, 25th 2008

## Certificate of Service

this is to certify that I Daniel Strickland pro, se am the Petitioner in the above encaptioned motion to the Clerk of this court and/or Clerk to petitioner. a copy of the notice of appeal were sent to the following. through the United States mail service and properly address as follows.

troy King (Attorney General)

the Clerk of the Court of
the Northen Division
Fedral Court

Done this Day 28th Day of march. 2008

Plaintiff
Daniel Strickland # 201098
H-1-2B ECF 200 wallace
Drive Clio AL.
     36017

Respectfully submitted,
x Daniel Strickland

Plaintiff, Pro-se.

Page 2 of 2

Daniel Strickland #201890 H1-2B
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 361
28 MAR 2008 PM 4 T

"LET US DARE TO
THINK, SPEAK A[ND]
John Adams, 1765
power of the le[tter]"
USA FIRST-CLASS FOREVER

Office of the Clerk
United States District Court
P.O.B. 711
Montgomery, Al. 36101-0711

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Departme[nt]
of Corrections is not responsible for the substance
or content of the enclosed communication."