Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

July 15, 2008

**Appeal Number: 08-11500-J**
Case Style: Daniel Strickland v. Warden Boyd
District Court Number:  07-00979 CV-F-N

TO:   Debra P. Hackett

CC:   Daniel Strickland (AIS 201890)

CC:   John M. Porter

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

July 15, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 08-11500-J**
Case Style: Daniel Strickland v. Warden Boyd
District Court Number:  07-00979 CV-F-N

The enclosed certified copy of this Court's order denying the application for a Certificate of Appealability is issued as the mandate of this court.  See 11th Cir. R. 41-4.  Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order.  No additional time shall be allowed for mailing."

Also enclosed is the record on appeal, which consists of:

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

Encl.

DIS-4  (3-2005)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 08-11500-J

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUL 15 2008

THOMAS K. KAHN
CLERK

DANIEL STRICKLAND,

                 Petitioner-Appellant,

versus

WARDEN BOYD,
TROY KING, Attorney General of the State of Alabama,

                 Respondents-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

ORDER:

  Appellant moves for a certificate of appealability from the district court's dismissal of his pro se habeas corpus petition, 28 U.S.C. § 2254, as untimely. To merit a certificate of appealability, appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000). The district court properly dismissed appellant's § 2254 petition as time-barred because appellant filed it after the expiration of the one-year statute of limitations and failed to demonstrate his actual innocence. 28

U.S.C. § 2244(d)(1); <u>Arthur v. Allen</u>, 452 F.3d 1234, 1244-47 (11th Cir. 2006). Since appellant has failed to satisfy <u>Slack</u>'s test, his motion for a certificate of appealability is DENIED.

Accordingly, appellant's motion for leave to proceed on appeal <u>in forma pauperis</u> is DENIED AS MOOT.

_____
UNITED STATES CIRCUIT JUDGE

2