Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

August 27, 2008

**Appeal Number: 08-11500-J**
Case Style: Daniel Strickland v. Warden Boyd
District Court Number:  07-00979  CV-F-N ()

CC:  Daniel Strickland (AIS 201890)

CC:  John M. Porter

CC:  Debra P. Hackett

CC:  Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

August 27, 2008

MEMORANDUM TO COUNSEL OR PARTIES

**Appeal Number: 08-11500-J**
Case Style: Daniel Strickland v. Warden Boyd
District Court Number: 07-00979 CV-F-N ()

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Deborah Hall (404) 335-6189

MOT-2 (06-2007)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

AUG 27 2008

THOMAS K. KAHN
CLERK

No. 08-11500-J

DANIEL STRICKLAND,

                                  Petitioner-Appellant,

versus

WARDEN BOYD,
TROY KING, Attorney General of the State of Alabama,

                                  Respondents-Appellees.

Appeal from the United States District Court for the
Middle District of Alabama

Before   ANDERSON and MARCUS, Circuit Judges.

BY THE COURT:

      Appellant has filed a motion for reconsideration from this Court's order dated July 15, 2008. Upon reconsideration, appellant's motion for a certificate of appealability, as construed from the notice of appeal, is DENIED because appellant has failed to make the requisite showing. See 28 U.S.C. §§ 2244(d), 2253(c)(2); Slack v. McDaniel, 520 U.S. 473, 478, 120 S.Ct. 1595, 1600-01, 146 L.Ed.2d 542 (2000); Arthur v. Allen, 452 F.3d 1234, 1244 (11th Cir. 2006).

      Appellant's motion for leave to proceed on appeal in forma pauperis is DENIED AS MOOT.

Appellant's motion to vacate, set aside or amend sentence is DENIED. See <u>Dohrmann v. United States</u>, 442 F.3d 1279, 1282 (11th Cir. 2006).